IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG 22  A 10: 38

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

| | |
|---|---|
| APPLIED DATA SYSTEMS, INC.<br><br>Plaintiff,<br><br>v.<br><br>ALL AMERICAN SEMICONDUCTOR, INC.<br><br>Defendant. | Civil Case No. JFM 01 CV 2215 |

## ORDER

Upon consideration of the Consent Motion for Extension of Time, it is this 22 day of August, 2001,

ORDERED that the time for filing an answer or other response to Plaintiff's Complaint will be extended to Wednesday, August 29, 2001.

J. Frederick Motz
United States District Judge



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of August, 2001, a copy of the foregoing Consent Motion for Extension of Time was mailed, first-class postage prepaid, to:

> Philip T. Evans, Esquire
> Holland & Knight LLP
> 2099 Pennsylvania Avenue, N.W.
> Suite 100
> Washington, D.C. 20006

*/s/ Michael C. Hanlon*
Michael C. Hanlon