FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 OCT 25  A 11: 15

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| APPLIED DATA SYSTEMS, INC. ) | |
|     Plaintiff/Counter-Defendant ) | |
| v. ) | |
| ALL AMERICAN SEMICONDUCTOR, ) INC. ) | |
|     Defendant/Counter-Plaintiff, ) | CIVIL Case NO. JFM 01 CV 2215 |
| v. ) | |
| PARVIEW, INC. ) | |
|     Third-Party Defendant. ) | |

## ORDER

Upon consideration of the Motion To Amend Scheduling Order To Extend Time for Joinder of Parties and Amendment of Pleadings:

It is ordered this 25th day of Oct., 2001, that:

1. The Motion is GRANTED; and

2. The Scheduling Order is amended and the time during which the parties may move for the joinder of new parties and to amend pleadings is extended for a period of fifteen days.

                                                        J. Frederick Motz,
                                                        United States District Judge