IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| APPLIED DATA SYSTEMS, INC. | ) |
|     Plaintiff/Counter-Defendant | ) |
| v. | ) |
| ALL AMERICAN SEMICONDUCTOR, INC. | ) |
|     Defendant/Counter-Plaintiff, | ) CIVIL Case NO. JFM 01 CV 2215 |
| v. | ) |
| PARVIEW, INC. | ) |
|     Third-Party Defendant. | ) |

## ORDER

Upon consideration of the Consent Motion To Amend Scheduling Order To Extend Time for Joinder of Parties and Amendment of Pleadings:

It is ordered this 5th day of _November_, 2001, that:

1. The Motion is GRANTED; and

2. The Scheduling Order is amended and the time during which the parties may move for the joinder of new parties and to amend pleadings is extended for a period of ten days, to November 15, 2001.

J. Frederick Motz,
United States District Judge

