FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JAN 14 A 9: 19

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(NORTHERN DIVISION) AT BALTIMORE

_____ DEPUTY

| | |
|---|---|
| APPLIED DATA SYSTEMS, INC. ) | |
|     Plaintiff/Counter-Defendant ) | |
| ) | |
| v. ) | |
| ) | |
| ALL AMERICAN SEMICONDUCTOR, ) | |
| INC. ) | |
| ) | |
|     Defendant/Counter-Plaintiff, ) | CIVIL Case NO. JFM 01 CV 2215 |
| v. ) | |
| ) | |
| PARVIEW, INC. ) | |
| ) | |
|     Third-Party Defendant/Third- ) | |
|     Party Plaintiff ) | |
| ) | |

## ORDER

Upon consideration of the foregoing Joint Motion to Modify Scheduling Order, it is ORDERED this ____ day of January, 2002, that:

1. The Motion is GRANTED;

2. The Scheduling Order shall be and hereby is modified to defer all depositions until January 15, 2002. Depositions for the production of documents from third-parties shall not be deferred. Discovery related to documents, whether through requests for production of documents or from notices of deposition for the purposes of obtaining documents from third-parties, shall continue.

3. The Scheduling Order shall be and hereby is modified to provide for the following deadlines:

    (a)    February 8, 2002: Rule 26(e)(2) supplementation of disclosures and responses.

    (b)    March 1, 2002: Discovery deadline; submission of status report.

(c)   March 8, 2002: Requests for admission.

(d)   April 5, 2002: Dispositive pretrial motions deadline.

                                                                                                                                     _____
                                                                       J. Frederick Motz,
                                                                       United States District Judge