

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| APPLIED DATA SYSTEMS, INC.<br><br>    Plaintiff/Counter-<br>    Defendant/Third-Party<br>    Plaintiff,<br><br>v.<br><br>ALL AMERICAN SEMICONDUCTOR, INC.<br><br>    Defendant/Counter-Plaintiff,<br><br>PARVIEW, INC.<br><br>    Third-Party Defendant. | Civil Case No. JFM 01 CV 2215 |

### STIPULATION

Applied Data Systems, Inc. ("ADS"), All American Semiconductor, Inc. ("All American"), and Parview, Inc. stipulate to the following changes in the Scheduling Order:

1. The parties shall serve requests for admissions by April 18, 2002.

2. ADS and All American shall respond to the motions to amend the pleadings by April 18, 2002.

3. These changes shall not affect the dates for filing dispositive motions or completing expert discovery. However, the Parties reserve the right to seek an extension or re-opening of discovery in light of new claims raised in the Amended pleadings.



BALT2:641064.v1
29965-2

4. The parties have made this agreement in the interests of avoiding additional litigation costs until after the Settlement Conference scheduled for April 11, 2002.

*[signature]*  
Philip T. Evans (11796)  
Marc E. Miller (14714)  
Holland & Knight LLP  
2099 Pennsylvania Avenue, N.W.  
Suite 100  
Washington, D.C. 20006  
(202) 955-3000  
(202) 955-5564 fax  

*[signature]*  
Richard M. Kremen (00532)  
Kathleen A. Ellis (04204)  
Michael C. Hanlon (26382)  
PIPER MARBURY RUDNICK & WOLFE LLP  
6225 Smith Avenue  
Baltimore, Maryland 21209-3600  
(410) 580-3000  
(410) 580-3001 fax  

*[signature]*  
William B. Sammons (02366)  
Lee B. Rauch (12135)  
Tydings & Rosenberg LLP  
100 East Pratt Street, 26th Floor  
Baltimore, Maryland 21202  
(410) 752-9700  

SO ORDERED this 29th day of March, 2002.

*[signature]*  
J. Frederick Motz  
United States District Judge

BALT2:641064.v1  
29965-2